UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80539-CIV-MARRA/MATTHEWMAN

GLORIA CALDAROLA,

    Plaintiff,

v.

MGC WEST PALM BEACH CORPORATION,

    Defendant.

_____/

### ORDER ON DISCOVERY PROCEDURE

The Court has been advised that a discovery dispute has arisen in this matter and that the parties have been unable to resolve the dispute without court intervention. In light of the rapidly approaching discovery cutoff date of March 15, 2013, *see* DE 15, the Court finds it necessary to expedite the briefing schedule in this case. Notwithstanding the Court's previous Order Setting Discovery Procedure dated July 31, 2012 [DE 12], it is hereby **ORDERED** as follows:

1. If either party wishes to have the Court intervene to resolve a discovery dispute, the following procedure shall apply. By **5:00 p.m. on March 7, 2013,** the party seeking relief shall file discovery motion(s) in conformity with Rule 37(a)(3) of the Federal Rules of Civil Procedure. No motion shall be any longer than five pages, inclusive of memoranda of law but exclusive of exhibits, and the motion(s) shall be filed via the Court's CM/ECF system. The purpose of the motions is merely to frame the discovery issues and succinctly explain the dispute. The moving party MUST attach as exhibits any materials relevant to the discovery disputes (*e.g.* discovery demands and discovery responses).

1

2. The party opposing the discovery motion(s) shall file response(s) thereto by **5:00 p.m. on March 13, 2013**. No response to any one motion shall exceed five pages in length.

3. No replies shall be permitted.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 6th day of March, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE